AO     av 1/90) Summons in a Civil Action

# United States District Court

IN CLERKS OFFICE

—————————————————— DISTRICT OF ——————————————————
MASSACHUSETTS      2005 FEB -7  P 3: 06

MEDICAL IMAGING SOLUTIONS GROUP, INC.

SUMMONS IN A CIVIL ACTION
DISTRICT OF MASS

V.

ALKOMED TECHNOLOGIES, LLC

CASE NUMBER:

## 05 · 10080 DPW

TO: (Name and Address of Defendant)

Alkomed Technologies, LLC        on its Registered Agent
298 Commonwealth Avenue          Ara H. Margosian II
Boston, MA                       415 Mt. Auburn Street
                                 Watertown, MA

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Thomas E. Romano
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI  02903

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK

DATE  1/12/05

BY DEPUTY CLERK

AO 440



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

February 2, 2005

NAM

Chec

I hereby certify and return that on 2/1/2005 at 10:40AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to ARA H. MRGOSIAN , II, agent, person in charge at the time of service for ALKOMED TECHNOLOGIES, LLC, at C/O ARA H. MARGOSIAN, II, 415 MT. AUBURN Street,  WATERTOWN, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.20), Postage and Handling ($1.00), Travel ($4.48) Total Charges $41.68

*John F. Kennedy*

Deputy Sheriff

.... ... summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  
Date

_____  
Signature of Server

_____  
Address of Server

who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.