AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____  CLERKS OFFICE

MASSACHUSETTS

'05 APR -7 P 2: 00

MEDICAL IMAGING SOLUTIONS GROUP, INC.

V.

**SUMMONS IN A CIVIL CASE**

DISTRICT OF MASS.

ALKOMED TECHNOLOGIES, LLC and ALEXANDER KOUSPAKIAN

CASE NUMBER:     05-10080 DPW

TO: (Name and address of Defendant)

Alexander Kouspakian
298 Commonwealth Avenue
Boston, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas E. Romano
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI   02903

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

## SARAH A. THORNTON

CLERK _____

DATE   3/21/05

(By) DEPUTY CLERK

AO 440 (

Service (

NAME OF

Check

[

[

[

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

April 4, 2005

I hereby certify and return that on 3/30/2005 at 9:30AM I served a true and attested copy of the Summons and Amended Complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of Alexander Kouspakian, , 298 Commonwealth Avenue Apt G-1 Boston, MA and by mailing 1ˢᵗ class to the above address on 4/1/2005. Basic Service Fee (LU) ($20.00), U.S. District Court Fee ($5.00), Travel ($1.00), Postage and Handling ($3.00), Attest/Copies ($10.00) Total Charges $39.00

Deputy Sheriff Edward J. Tobin

*Deputy Sheriff*

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.