UNITED STATES DISTRICT COURT
District of Massachusetts

MEDICAL IMAGING SOLUTIONS GROUP, INC.

v.

ALKOMED TECHNOLOGIES, LLC and
ALEXANDER KOUSPAKIAN

C.A. No.: 05-10080 DPW

## DEFENDANT, ALKOMED TECHNOLOGIES, LLC'S, MOTION TO DISMISS

Now comes the Defendant, Alkomed Technologies, LLC (hereinafter "Defendant"), in the above-entitled matter and hereby respectfully moves this Honorable Court to dismiss this Complaint pursuant to Fed.R.Civ.P. 12(b)(6). On grounds therefore, it is stated that the Plaintiff, Medical Imaging Solutions Group (hereinafter "Plaintiff") has failed state a claim for which relief may be granted as it relates to Defendant, Alkomed Technologies, LLC. Therefore, it is the Defendant's contention that this matter should be dismissed.

**WHEREFORE**, the Defendant, Alkomed Technologies, LLC respectfully request that this Honorable Court allow the Motion to Dismiss the Complaint. In support thereof, attached is the Defendant's Memorandum of Law in Support of the Motion to Dismiss.

REQUEST FOR ORAL ARGUMENT

                                                  Respectfully Submitted,
                                                  DEFENDANT
                                                  Alkomed Technologies, LLC
                                                  By their Attorney,

                                                  _____
                                                  Ara H. Margosian II
                                                  BBO# 560556
                                                  The Law Office of Ara H. Margosian II
                                                  415 Mt. Auburn Street
                                                  Watertown, MA 02472
Dated: April 8, 2005                       (617) 926-8944