UNITED STATES DISTRICT COURT
District of Massachusetts

| | |
|---|---|
| MEDICAL IMAGING SOLUTIONS GROUP, INC.<br><br>v.<br><br>ALKOMED TECHNOLOGIES, LLC and ALEXANDER KOUSPAKIAN | )<br>)<br>)<br>) C.A. No.: 05-10080 DPW<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' MOTION TO DISMISS

Now comes the Defendants in the above-entitled matter and hereby respectfully move that this Honorable Court dismiss this Complaint pursuant to Fed.R.Civ.P. 12(b)(1). On grounds therefore, it is stated that the Plaintiff has failed to demonstrate, in the Complaint, that the amount in controversy exceeds the sum or value of $75,000.00 as is required by 28 U.S.C. §1332(a). Therefore, it is the Defendants contention that this matter should be dismissed for lack of subject matter jurisdiction.

**WHEREFORE**, the Defendants respectfully request that this Honorable Court allow their Motion to Dismiss the Complaint. In support thereof, attached is the Defendants' Memorandum of Law in Support of the Motion to Dismiss.

REQUEST FOR ORAL ARGUMENT

|  |  |
|---|---|
|  | Respectfully Submitted,<br>DEFENDANTS,<br>Alkomed Technologies, LLC and<br>Alexander Kouspakian<br>By their Attorney,<br><br>_____<br>Ara H. Margosian II<br>BBO# 560556<br>The Law Office of Ara H. Margosian II<br>415 Mt. Auburn Street<br>Watertown, MA 02472 |
| Dated: April 8, 2005 | (617) 926-8944 |