# EXHIBIT A

Case 1:05-cv-10080-DPW   Document 9   Filed 04/28/2005   Page 1 of 4



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

### *ALKOMED TECHNOLOGIES, LLC* Summary Screen

Help with this form

[ Request a Certificate ]

**The exact name of the Domestic Limited Liability Company (LLC):** ALKOMED TECHNOLOGIES, LLC

**Entity Type:** Domestic Limited Liability Company (LLC)

**Identification Number:** 000852480

**Date of Organization in Massachusetts:** 10/21/2003

**The location of its principal office:**
No. and Street: 298 COMMONWEALTH AVE.
City or Town: BOSTON    State: MA    Zip: 02115    Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:    State:    Zip:    Country:

**The name and address of the Resident Agent:**
Name: ARA H. MARGOSIAN, II
No. and Street: 415 MT. AUBURN ST.
City or Town: WATERTOWN    State: MA    Zip: 02472    Country: USA

**The name and business address of each manager:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| MANAGER | ALEXANDER KOUSPAKIAN | 298 COMMONWEALTH AVE.<br>BOSTON, MA 02115 USA |

**The name and business address of the person in addition to the manager, who is authorized to execute documents to be filed with the Corporations Division.**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| SOC SIGNATORY | ALEXANDER KOUSPAKIAN | |

| | | | 298 COMMONWEALTH AVE.<br>BOSTON, MA 02115 USA |
|---|---|---|---|

**The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporing to affect an interest in real property**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| REAL PROPERTY | ALEXANDER KOUSPAKIAN | 298 COMMONWEALTH AVE.<br>BOSTON, MA 02115 USA |

| | | | |
|---|---|---|---|
| _ Consent | _ Manufacturer | _ Confidential Data | _ Does Not Require Annual Report |
| _ Partnership | _ Resident Agent | _ For Profit | _ Merger Allowed |

**Select a type of filing from below to view this business entity filings:**
ALL FILINGS
Annual Report
Articles of Entity Conversion
Certificate of Amendment
Certificate of Cancellation

[ View Filings ]    [ New Search ]

**Comments**

© 2001 - 2005 Commonwealth of Massachusetts
All Rights Reserved

[?] Help

## CERTIFICATE OF SERVICE

      I hereby certify that, on this 25th day of April, 2005, I served via first class mail, postage prepaid, a copy of *Exhibit "A"* to be attached to *Memorandum of Law in Support of Defendant, Alkomed Technologies', Motion to Dismiss;* to the following individual:

Thomas E. Romano, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Katie Cook Rayburn