UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MEDICAL IMAGING SOLUTIONS GROUP, INC.    )
                                         )
                                         )
        v.                               )    C.A. No.: 05-10080 DPW
                                         )
ALKOMED TECHNOLOGIES, LLC. and           )
ALEXANDER KOUSPAKIAN                     )

## PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION TO DISMISS

Now comes the plaintiff, Medical Imaging Solutions Group, Inc., in the above-entitled matter and hereby objects to defendants' Motion to Dismiss on grounds that plaintiff has failed to demonstrate that it meets the minimum amount in controversy required by 28 U.S.C. §1332(a).

As set forth more fully in the accompanying Memorandum of Law, the Amended Complaint sets forth sufficient facts to meet the jurisdictional minimum and defeat a motion to dismiss.

WHEREFORE, the plaintiff, Medical Imaging Solutions Group, Inc., respectfully requests that this Honorable Court deny defendants' motion to dismiss.

REQUEST FOR ORAL ARGUMENT

Respectfully submitted,
MEDICAL IMAGING SOLUTIONS GROUP, INC.
By its attorneys
BLISH & CAVANAGH

_____
Thomas E. Romano, BBO# 631985
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900 (phone)
(401) 490-7640 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that on May 2, 2005, a true copy of the within Objection was forwarded by United States mail, postage prepaid, as follows:

Ara H. Margosian II, Esq.
415 Mt. Auburn Street
Watertown, MA  02472