UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEDICAL IMAGING SOLUTIONS GROUP, INC. ) | |
| ) | |
| v. ) | C.A. No.: 05-10080 DPW |
| ) | |
| ALKOMED TECHNOLOGIES, LLC. and ) | |
| ALEXANDER KOUSPAKIAN ) | |

### PLAINTIFF'S OBJECTION TO DEFENDANT AKLOMED TECHNOLOGIES, LLC'S MOTION TO DISMISS

Now comes the plaintiff, Medical Imaging Solutions Group, Inc., in the above-entitled matter and hereby objects to defendant's Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6). As set forth more fully in its accompanying memorandum of law, the Amended Complaint contains sufficient facts, and reasonable inferences may be drawn, to state a cognizable cause of action. As such, defendant's motion to dismiss must be denied.

WHEREFORE, the plaintiff, Medical Imaging Solutions Group, Inc., respectfully requests that this Honorable Court deny defendant's motion to dismiss.

REQUEST FOR ORAL ARGUMENT

Respectfully submitted,
MEDICAL IMAGING SOLUTIONS GROUP, INC.
By its attorneys
BLISH & CAVANAGH

Thomas E. Romano, BBO# 631985
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900 (phone)
(401) 490-7640 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2005, a true copy of the within Objection was forwarded by United States mail, postage prepaid, as follows:

Ara H. Margosian II, Esq.
415 Mt. Auburn Street
Watertown, MA  02472

*[signature]*