UNITED STATES DISTRICT COURT
District of Massachusetts

|  |  |  |
|---|---|---|
| MEDICAL IMAGING SOLUTIONS GROUP, INC.<br><br>v.<br><br>ALKOMED TECHNOLOGIES, LLC and ALEXANDER KOUSPAKIAN | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No.: 05-10080 DPW |

## JOINT STATEMENT

Pursuant to Local Rule 16.1 (D), the parties for the above-referenced matter hereby submit to the Honorable Court their joint statement.

| 1. | All discovery closed | October 30, 2005 |
| --- | --- | --- |
| .2 | Plaintiff's expert witness deposition and discovery | October 30, 2005 |
| 3. | Defendant's expert witness deposition and discovery | October 30, 2005 |
| 4. | All dispositive motions filed | November 15, 2005 |
| 5. | Pre-trial Memorandum | November 15, 2005 |
| 6. | Trial | December 2005 |

## CERTIFICATION

Pursuant to Local Rule 16 (D) (3), counsel for all parties in the above-referenced matter have conferred:

    a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

| | |
|---|---|
| MEDICAL IMAGING SOLUTIONS GROUP, INC.<br>By its attorney, | ALKOMED TECHNOLOGIES, LLC and ALEXANDER KOUSPAKIAN<br>By their attorney, |
| ___s/ Thomas E. Romano_____<br>Thomas E. Romano (BBO #63985)<br>Blish & Cavanagh<br>30 Exchange Terrace<br>Providence, RI 02903<br>(401) 831-8900 | _____s/ Ara H. Margosian II_____<br>Ara H. Margosian II, (BBO #560556)<br>Law Offices of Ara Margosian II, P.C.<br>415 Mt. Auburn Street<br>Watertown, MA 02472<br>(617) 926-8944 |

Dated: July 6, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2005, a true copy of the within Joint Statement was electronically filed with the Court and forwarded by United States mail, postage prepaid, as follows:

Thomas Romano, Esq.
30 Exchange Terrace
Providence, RI 02903

_____/s/ Ara H. Margosian