UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MEDICAL IMAGING SOLUTIONS GROUP, INC. )
)
v.                                    )   C.A. No. 05-10080 DPW
)
ALKOMED TECHNOLOGIES, LLC, and        )
ALEXANDER KOUSPAKIAN                  )

### CERTIFICATION

Pursuant to Local Rule 16(D)(3), counsel for plaintiff, Medical Imaging Solutions Group, Inc. have conferred:

a) with a view to establishing a budget for the costs of conducting the full courses (and various alternative courses) of the litigation; and

b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Medical Imaging Solutions Group, Inc.

By: /s/ Vivian Bates

Date: 7-14-05

Attorneys for Medical Imaging Solutions Group, Inc.

/s/ Thomas E. Romano

Thomas E. Romano BBO #631985
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903-1765
Telephone: (401) 831-8900

Date: 7/14/05

## CERTIFICATE OF SERVICE

I hereby certify that on July 14th, 2005, a true copy of the within document was forwarded by United States mail, postage prepaid, as follows:

Ara H. Margosian II, Esq.
415 Mt. Auburn Street
Watertown, MA 02472