UNITED STATES DISTRICT COURT
District of Massachusetts

_____
                                   )
MEDICAL IMAGING SOLUTIONS GROUP,   )
INC.                               )
                                   )   C.A. No.:  05-10080 DPW
                                   )
v.                                 )
                                   )
ALKOMED TECHNOLOGIES, LLC and      )
ALEXANDER KOUSPAKIAN               )
_____)

## CERTIFICATION

Pursuant to Local Rule 16 (D) (3), counsel for all parties in the above-referenced matter have conferred:

    a)    with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

    b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

For the Plaintiff,                                   For the Defendants,

_____          _____
                                                     Alexander Kouspakian

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2005, a true copy of the within Certification was forwarded, via facsimile, to :

Thomas Romano, Esq.
30 Exchange Terrace
Providence, RI 02903

                                                _____/s/ Ara H. Margosian II_____