UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEDICAL IMAGING SOLUTIONS GROUP, INC. ) <br> ) <br> v.   ) <br> ) <br> ALKOMED TECHNOLOGIES, LLC and   ) <br> ALEXANDER KOUSPAKIAN   ) | C.A. No. 05-10080 DPW |

**JOINT MOTIION TO EXTEND SCHEDULING ORDER**

Now come the parties in the above-entitled action and respectfully move that the Scheduling Order be extended in this matter. The parties are actively involved in discovery with several depositions to be conducted, including anticipated out of state depositions. This request is being made in good faith by the parties and is not being made in an attempt to delay or prejudice either party.

The parties waive the right to use an expert witness, as the plaintiff did not designate an expert witness.

The parties request that the Scheduling Order be extended to reflect the following dates:

    Deadline for completion of Discovery:        December 16, 2005
    Deadline for filing of Dispositive Motions   January 6, 2006
    Scheduling Conference:                       February 8, 2006.

/s/_____        /s/_____
Thomas E. Romano   BBO #631985            Ara H. Margosian II  BBO #560556
BLISH & CAVANAGH LLP                      The Law Office of Ara H. Margosian II
30 Exchange Terrace                       415 Mt. Auburn Street
Providence, RI  02903-1765                Watertown, MA  02472
Telephone:   (401) 831-8900               Telephone:   (617) 923-9800
Telecopy:    (401) 490-7640               Telecopy:    (617) 926-8942

Attorneys for Plaintiff                   Attorneys for Defendants